IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                                  Criminal Action No.
                                                                                   26-00021-01-CR-W-BP

EDRAS LEONEL ALCIDES RAMIREZ-PERALTA

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:        Count One:    Illegal Re-entry After a Felony Conviction, *in violation of* 8 U.S.C. §§ 1326(a) and (b)(1)

**TRIAL COUNSEL**:
        Government: Rudolph Rhodes
            Case Agent: Neil Harmon, U.S. Immigration and Customs Enforcement
        Defense: Angela Williams; Investigator Kendra Jackson may assist

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
        Government: 3 with stipulations; 5 without stipulations
        Defense: no additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
        Government: 10 exhibits
        Defense: 5 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                  (  ) Possibly for trial
        (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
      Government's case including jury selection: 1 ½ days
      Defense case: ½ day

**STIPULATIONS**:
    ( x )   not likely
    (  )   not appropriate
    (  )   likely as to:
          (  )   chain of custody
          (  )   chemist's reports
          (  )   prior felony conviction
          (  )   interstate nexus of firearm
          (  )   other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: March 2, 2026
    Defense: March 2, 2026
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: March 2, 2026
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: March 2, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing March 16, 2026
    **Please note**: *No conflicts with the March trial docket were identified.*

**OTHER**:
    ( x )   A Spanish-speaking interpreter is required.
    (  )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                                JILL A. MORRIS
                                                United States Magistrate Judge